# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Ryan W. Hilts**

    Plaintiff

vs.                               **CASE NUMBER: 6:21-cv-317 (DJS)**

**Commissioner of Social Security**

    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff is awarded fees under the Equal Access to Justice Act in the amount of $3,885.87, plus $402 in court filing costs. It is further ordered that payment will be made directly to Plaintiffs attorney pursuant to the agreed upon assignment from Plaintiff.

All of the above pursuant to the order of the Honorable Daniel J. Stewart, dated the 17th day of March, 2022.

DATED: March 17, 2022

_____
Clerk of Court

                                              s/Kathy Rogers
                                              Deputy Clerk